# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

MegaMart Co., Ltd.
ATTN: Steve Oh
2100 Pleasant Hill Road
Suite 141
Duluth, GA 30097

October 21, 2015
Invoice 1626474 Page 1

Our Matter #     30699/01503
Name of Matter:     LEE, Jung Chan v. MegaMart, Inc.

For Services Through 09/30/15

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|

MegaMart Co., Ltd.
October 21, 2015
Invoice 1626474  Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/15 | JR13 | Draft subpoenas for personnel records for Unify Systems and Mix2Max, and draft notice of serving subpoenas to be filed; give documents to Ms. Arnold for filing and serving. | 0.80 | $184.00 |

MegaMart Co., Ltd.

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/15 | SA1 | Prepare subpoenas to be served per J. Rutledge's request; e-mail to Rod McClellan regarding service. | 0.40 | $70.00 |
| 09/30/15 | SA1 | E-mail to Rod McClellan regarding service of subpoena on Mix2Max and Unify Systems; e-file Notice of Service of Subpoena with the Court; e-mail from Rod McClellan regarding service of subpoenas; telephone call regarding service on Mix2Max. LLC. | 0.90 | $157.50 |
| 09/30/15 | JR13 | Discuss service issues for subpoenas seeking personnel files with Ms. Arnold. | 0.20 | $46.00 |

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

MegaMart Co., Ltd.
ATTN: Steve Oh
2100 Pleasant Hill Road
Suite 141
Duluth, GA  30097

November 9, 2015
Invoice 1630803  Page  1

Our Matter #     30699/01503
Name of Matter:    LEE, Jung Chan v. MegaMart, Inc.

For Services Through 10/31/15

MegaMart Co., Ltd.

MegaMart Co., Ltd.

| | | |
|---|---|---|
| 10/28/2015 | VENDOR: Express Legal Services, LLC INVOICE#: 2717 DATE: 10/7/2015 - 10/07/15 - Service for Mix2Max, LLC | 70.00 |

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

MegaMart Co., Ltd.
ATTN: Steve Oh
2100 Pleasant Hill Road
Suite 141
Duluth, GA 30097

December 8, 2015
Invoice 1637755 Page 1

Our Matter #:  30699/01503                              For Services Through 12/07/15
Name of Matter: LEE, Jung Chan v. MegaMart, Inc.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/15 | GSR | Analyze federal law regarding remedy for perjury in deposition testimony. | 0.60 | $141.00 |
| 11/17/15 | DS2 | Conference with Michelle Johnson on perjury by plaintiff and sanctions for this. | 0.20 | $80.00 |
| 11/17/15 | MWJ | Review Plaintiff's deposition and Plaintiff's Amended Interrogatory Responses. | 1.80 | $684.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/15 | GSR | Continue analyzing federal law regarding remedy for perjury in deposition testimony; Communicate same to Michelle Johnson with applicability to the Lee case. | 1.20 | $282.00 |
| 11/18/15 | MWJ | Legal research regarding effect of plaintiff's perjury at deposition on claims asserted in lawsuit; telephone call to Ben Stark regarding plaintiff's false statements. | 1.40 | $532.00 |
| 11/19/15 | DS2 | Conferences including telephone conferences with Michelle Johnson and Jessica Rutledge developing points and authorities to make to court and opposing counsel concerning continuing perjury by Plaintiff. | 1.20 | $480.00 |
| 11/19/15 | MWJ | Telephone call to Ben Stark regarding potential perjury issue; legal research regarding same; conference with Dan Shea and Jessica Watson regarding same; review correspondence from Mr. Stark regarding same; draft correspondence to Mr. Stark regarding same; draft proposed correspondence to the court regarding same. | 2.00 | $760.00 |
| 11/19/15 | JR13 | Meet with Mr. Shea and Ms. Johnson to discuss arguments for motion seeking sanctions based on the Plaintiff's perjury; draft email to court outlining dispute, and send to Ms. Johnson for review. | 1.70 | $391.00 |
| 11/20/15 | MWJ | Review correspondence from Severin Roberts regarding presentation of perjury issue to the court; review and revise Defendant's portion of proposed e-mail to the court regarding the perjury issue; review documents to be submitted to the court with the parties' e-mail. | 1.30 | $494.00 |
| 11/23/15 | MWJ | Review correspondence from court regarding hearing on perjury issue; draft correspondence to court regarding same. | 0.20 | $76.00 |
| 11/24/15 | JR13 | Draft subpoenas to H-Mart Doraville, Inc., SBS Corporation, CNJ, Inc., Wismettac Asian Foods, Inc., f/k/a Nishimoto Trading Co., Ltd., and LPNYJ, Inc., d/b/a H-Mart Bakery seeking Plaintiff's employment records; draft notice of serving subpoenas and file with Court; give subpoenas to Ms. Schultz for service. | 1.60 | $368.00 |
| 11/24/15 | SS12 | Confer with Ms. Rutledge regarding subpoenas for production; Review and analysis of subpoenas and individuals and registered agents as necessary to request process server for completion of service. | 0.40 | $66.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/15 | JR13 | | 1.30 | $299.00 |
| | | outline case law in support of our argument that dismissal is an appropriate sanction for Plaintiff's perjury in preparation for our conference with the Court tomorrow (.8). | .8 | $184.00 |
| 12/01/15 | MWJ | Plan and prepare for hearing on perjury issue raised by the parties. | 0.50 | $190.00 |
| 12/02/15 | DS2 | Conferences with Michelle Johnson preparing for Judicial conference in Lee case; and follow up participation with federal court and counsel for parties discussing corrective action for perjury of plaintiff. | 0.90 | $360.00 |
| 12/02/15 | JR13 | Attend telephonic hearing on perjury issue; discuss next steps for pulling together petition outlining attorney's fees with Ms. Johnson; file informal email briefs and attachments with Court as Judge's instruction. | 1.20 | $276.00 |
| 12/02/15 | MWJ | Plan and prepare for hearing before Judge May on discovery issues (0.8); attend telephone hearing (0.4); conferences with Jessica Rutledge regarding preparation of fee application (0.3). | 1.50 | $570.00 |
| 12/04/15 | JR13 | Prepare petition for attorney's fees and accompanying affidavit of Michelle Johnson. | 0.50 | $115.00 |
| 12/07/15 | JR13 | Review bills to identify what items are recoverable under the Court's sanctions order; Edit Ms. Johnson's affidavit and petition for fees and send to Ms. Johnson for review. | 0.50 | $115.00 |