# POS UNLIMITED

3230 Peachtree Corners Cir. Suite O
Norcross, GA 30092
Tel: 770.447.0102   Fax: 770.447.0144

INVOICE PREPARED FOR

**PAID**

Date: 5/13/2013
Invoice #: IVC1031277

**BILL TO** Kim Hyun Ho
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(770) 817-6400 Ext. 6420

**SHIP TO** Kim Hyun Ho
Megamart, Inc.
2100 Pleasant Hill Rd Suite 141
Duluth, GA 30096
(770) 817-6400 Ext. 6420

| SALES REP | JOB NAME | SHIPPING | TERMS | DUE DATE |
|---|---|---|---|---|
| Tae Kang | | Pick Up | Due On Receipt | 5/13/2013 |

| ITEM CODE | DESCRIPTION | # | PRICE | D/C | TOTAL |
|---|---|---|---|---|---|
| # 70100675 SV-LABOR-ONSITE-HOUR-REG | On Site Labor Charge- per hour | 3 | $125.00 | | $375.00 |
| | | | Total Discount | $0.00 | |
| | | | Subtotal | | $375.00 |
| | | | Sales Tax | | $0.00 |
| | | | Total | | $375.00 |

Thank you for your business!

---

**PAYMENT AND BALANCE:**

Invoice Amount: $375.00, Paid: $375.00, Balance: $0.00

Make all checks payable to **POS Unlimited**: 3230 Peachtree Corners Cir., Suite O, Norcross, GA 30092

---

**NOTE:**

---



EXHIBIT 5
10/14/15
Witness   Date
Laura Single, CCR

# POS UNLIMITED

3230 Peachtree Corners Cir. Suite O
Norcross, GA 30092
Tel: 770.447.0102   Fax: 770.447.0144

### INVOICE PREPARED FOR

**PAID**

Date: 5/28/2013
Invoice #: IVC1031301

**BILL TO** Kim Hyun Ho
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(770) 817-6400 Ext. 6420

**SHIP TO** Kim Hyun Ho
Megamart, Inc.
2100 Pleasant Hill Rd Suite 141
Duluth, GA 30096
(770) 817-6400 Ext. 6420

| SALES REP | JOB NAME | SHIPPING | TERMS | DUE DATE |
|---|---|---|---|---|
| Tae Kang | | Truck Delivery | Due On Receipt | 5/28/2013 |

| ITEM CODE | DESCRIPTION | # | PRICE | D/C | TOTAL |
|---|---|---|---|---|---|
| # 70100675 SV-LABOR-ONSITE-HOUR-REG | On Site Labor Charge- per hour | 2 | $125.00 | | $250.00 |
| | | | Total Discount | $0.00 | |
| | | | Subtotal | | $250.00 |
| | | | Sales Tax | | $0.00 |
| | | | Total | | $250.00 |

Thank you for your business!

---

**PAYMENT AND BALANCE:**

Invoice Amount: $250.00, Paid: $250.00, Balance: $0.00

Make all checks payable to **POS Unlimited**: 3230 Peachtree Corners Cir., Suite O, Norcross, GA 30092

---

**NOTE:**

---

# POSUNLIMITED

3230 Peachtree Corners Cir. Suite O
Norcross, GA 30092
Tel: 770.447.0102   Fax: 770.447.0144

INVOICE PREPARED FOR

Date: 6/20/2013
Invoice #: IVC1031345

**PAID**

**BILL TO** Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(404) 823-5842

**SHIP TO** Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd Suite 141
Duluth, GA 30096
(404) 823-5842

| SALES REP | JOB NAME | SHIPPING | TERMS | DUE DATE |
|---|---|---|---|---|
| Tae Kang | | Truck Delivery | Due On Receipt | 6/20/2013 |

| ITEM CODE | DESCRIPTION | # | PRICE | D/C | TOTAL |
|---|---|---|---|---|---|
| # 70100675 SV-LABOR-ONSITE-HOUR-REG | On Site Labor Charge- per hour | 2 | $125.00 | | $250.00 |
| | Training on 6/20/2013 | | | | |

Thank you for your business!

| | |
|---|---|
| Total Discount | $0.00 |
| Subtotal | $250.00 |
| Sales Tax | $0.00 |
| Total | $250.00 |

---

**PAYMENT AND BALANCE:**

Invoice Amount: $250.00, Paid: $250.00, Balance: $0.00

Make all checks payable to **POS Unlimited**: 3230 Peachtree Corners Cir., Suite O, Norcross, GA 30092

---

**NOTE:**

---

# POSUNLIMITED

3230 Peachtree Corners Cir. Suite O
Norcross, GA 30092
Tel: 770.447.0102   Fax: 770.447.0144

INVOICE PREPARED FOR

**Paid**

Date: 1/14/2014
Invoice #: IVC1031662

BILL TO
Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(404) 823-5842

SHIP TO
Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd Suite 141
Duluth, GA 30096
(404) 823-5842

| SALES REP | JOB NAME | SHIPPING | TERMS | DUE DATE |
|---|---|---|---|---|
| Tae Kang | | Truck Delivery | Due On Receipt | 1/14/2014 |

| ITEM CODE | DESCRIPTION | # | PRICE | D/C | TOTAL |
|---|---|---|---|---|---|
| # 70200701 SV-LOC-MAINT-SMS | LOC SMS Annual Maintenance Fee | 1 | $9,386.65 | | $9,386.65 |
| | -Including past due from 7/13/2010 | | | | |
| | -Next renewal date: 12/01/2014 | | | | |
| | -SMS Upgrade labor charge will be billed separately. | | | | |

Thank you for your business!

| | |
|---|---|
| Total Discount | $0.00 |
| Subtotal | $9,386.65 |
| Sales Tax | $0.00 |
| Total | $9,386.65 |

---

**PAYMENT AND BALANCE:**

Invoice Amount: $9,386.65, Paid: $9,386.65, Balance: $0.00

Make all checks payable to **POS Unlimited**: 3230 Peachtree Corners Cir., Suite O, Norcross, GA 30092

---

**NOTE:**

---

# POSUNLIMITED

3230 Peachtree Corners Cir. Suite O
Norcross, GA 30092
Tel: 770.447.0102   Fax: 770.447.0144

INVOICE PREPARED FOR

*Paid*

Date: 2/7/2014
Invoice #: IVC1031749

**BILL TO** Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(404) 823-5842

**SHIP TO** Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd Suite 141
Duluth, GA 30096
(404) 823-5842

| SALES REP | JOB NAME | SHIPPING | TERMS | DUE DATE |
|---|---|---|---|---|
| Tae Kang | | N/A | Pre Pay | 2/7/2014 |

| ITEM CODE | DESCRIPTION | # | PRICE | D/C | TOTAL |
|---|---|---|---|---|---|
| # 60100004 CHARGE-OTHER | Travel and Labor charge for meeting with Loc Software | 1 | $6,035.00 | | $6,035.00 |
| | -Gap: 3 days $4500.00, Air fare $660, Parking at airport $100, Car rental $525, Hotel: $250.00 | | | | |
| # 70100675 SV-LABOR-ONSITE-HOUR-REG | Onsite labor per hour (POS Unlimited), 8 hours per day for 3 days | 24 | $150.00 | 50% | $1,800.00 |

| | |
|---|---|
| Total Discount | $1,800.00 |
| Subtotal | $7,835.00 |
| Sales Tax | $0.00 |
| Total | $7,835.00 |

Thank you for your business!

---

**PAYMENT AND BALANCE:**

Invoice Amount: $7,835.00, Paid: $7,835.00, Balance: $0.00

Make all checks payable to **POS Unlimited**: 3230 Peachtree Corners Cir., Suite O, Norcross, GA 30092

---

**NOTE:**

---

# POSUNLIMITED

3230 Peachtree Corners Cir. Suite O
Norcross, GA 30092
Tel: 770.447.0102  Fax: 770.447.0144

INVOICE PREPARED FOR

Date: 6/9/2014
Invoice #: IVC1031932

**PAID**

**BILL TO** Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(404) 823-5842

**SHIP TO** Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd Suite 141
Duluth, GA 30096
(404) 823-5842

| SALES REP | JOB NAME | SHIPPING | TERMS | DUE DATE |
|---|---|---|---|---|
|  |  | Truck Delivery | Due On Receipt | 6/9/2014 |

| ITEM CODE | DESCRIPTION | # | PRICE | D/C | TOTAL |
|---|---|---|---|---|---|
| #701000676 SV-LABOR-ONSITE-HOUR-OFF | On site labor charge-per hour, off hours rate | 11 | $225.00 |  | $2,475.00 |
|  | Over night work: June 4th 9 pm to June 5th 8 am |  |  |  |  |
|  | Tech Code: Houng Lee |  |  |  |  |
|  | Job Description: Megamart SMS Upgrade (entire system) |  |  |  |  |

Thank you for your business!

| | |
|---|---|
| Total Discount | $0.00 |
| Subtotal | $2,475.00 |
| Sales Tax | $0.00 |
| Total | $2,475.00 |

---

**PAYMENT AND BALANCE:**

Invoice Amount: $2,475.00, Paid: $2,475.00, Balance: $0.00

Make all checks payable to **POS Unlimited**: 3230 Peachtree Corners Cir., Suite O, Norcross, GA 30092

---

**NOTE:**

# POSUNLIMITED

3230 Peachtree Corners Cir.
Suite O, Norcross, GA 30092
770.447.0102
1.866.364.2767 toll
770.447.0144 fax
www.posunlimited.com

## QUOTE PREPARED FOR

Jung C. Lee
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(404) 823-5842

Date: 6/12/2014
Quote # QTE0013985
Expiration Date:

| SALES REP | TERMS | JOB NAME | | |
|---|---|---|---|---|
| Tae Kang | Due On Receipt | | | |

| DESCRIPTION | # | PRICE | D/C | TOTAL | |
|---|---|---|---|---|---|
| OEM License: Windows 7 Pro (OEM) | 26 | $160.00 | | $4,160.00 | T |
| Other Hardware: PC power cord | 26 | $1.00 | 100% | $0.00 | T |
| Template computer programming for 1 machine: Hard drive format, manua OS installation and activation, driver progrmamming, SMS Prerequisites installation, SMS full installation, SMS configuration for Megamart specific | 1 | $250.00 | | $250.00 | |
| On Site Labor Charge-Per Hour, Business hourly rate | 5 | $150.00 | | $750.00 | |
| Note: Deposit for the full amount on OS purchase is required | | | | | |

DISCOUNT TOTAL $26.00

| | |
|---|---|
| SUB TOTAL | $5,160.00 |
| SALES TAX | $249.60 |
| TOTAL | $5,409.60 |

**Memo**

---

**Quotation prepared by: Tae W. Kang**

This is a quotation on the goods named, subject to the terms & conditions provided with "Purchase Agreement" (provided separately). Prices on the quotation may change without notice. Appendix for product and service may be attached to this quote. For more information about product and service, please visit our website at www.posunlimited.com

To accept this quotation, please fax a signed "Purchase Agreement" to 770-447-0144.

Thank you for doing business with POS Unlimited.