# POSUNLIMITED

3230 Peachtree Corners Cir. Suite O
Norcross, GA 30092
Tel: 770.447.0102   Fax: 770.447.0144

EXHIBIT 6
Witness: Laura Single, CCR
Date: 10/14/15

**INVOICE PREPARED FOR**

*Paid*

Date: 6/8/2010
Invoice #: IVC0102085

**BILL TO**
Mr. Bum Suk Ha
Megamart, Inc.
2100 Pleasant Hill Rd
Suite 141
Duluth, GA 30096
(770) 864-4508

**SHIP TO**
Mr. Bum Suk Ha
Megamart, Inc.
2100 Pleasant Hill Rd Suite 141
Duluth, GA 30096
(770) 864-4508

| SALES REP | JOB NAME | SHIPPING | TERMS | DUE DATE |
|---|---|---|---|---|
| Tae Kang | Megamart Atlanta Total W/O PMT Terminal | Truck Delivery | PMT SCHDLE | 6/8/2010 |

| ITEM CODE | DESCRIPTION | # | PRICE | D/C | TOTAL | |
|---|---|---|---|---|---|---|
| # 10100013 LOC-SMS-PRO-CUSTOM | NOTE: See Appendix A: Systems & Parts Specification for details<br>SMS (Store Management Suite) Professional License: 24 POS, 1 Server, 4 Work Stations<br>NOTE: See Appendix C: SMS License for License Details | 1 | $25,600.00 | | $25,600.00 | T |
| # 20700392 POS-MICROPOS-SVR-PLATINUM | IBM x3400 or equivalent: Xeon Quad Core, 8GB RAM, RAID, Hot Swap, SATA300 | 1 | $3,069.00 | | $3,069.00 | T |
| # 10800012 MS-WIN-SVR-STANDARD | Microsoft Windows Sever 2008 Standard Edition OEM | 1 | $850.00 | | $850.00 | T |
| # 10800001 MS-WIN-SVR-SQL | Microsoft SQL Server 2008 Standard Edition | 1 | $2,300.00 | | $2,300.00 | T |
| # 20700395 POS-MICROPOS-WS | Work Station Computers | 4 | $900.00 | | $3,600.00 | T |
| # 20800042 JAN-PDA-XM66 | Janam XM66 PDA Win Mob6.1, WAN802.11a/b/g, BT, KBD, 128/128MB | 2 | $1,159.00 | | $2,318.00 | T |
| # 20900046 JAN-PDA-CRDL | Janam Cradle for PDA | 2 | $90.00 | | $180.00 | T |
| # 20700201 HP-RP5700-POS2009 | HP, RP5700 POS, SMALL FORM, MICROSOFT POSREADY 2009, INTEL Q963, 1 GB, 160 GB, DVD-ROM) | 24 | $795.00 | | $19,080.00 | T |
| # 21200005 PSX-MON-TM2-15-BLK | Touch Screen Monitor 15", POS-X, Black, 3 yrs Warranty | 24 | $350.00 | | $8,400.00 | T |
| # 30900001 MISC-Item-Non-Inventory | Custom System Mounting Kit-Over Scale/Scanner | 18 | $245.00 | | $4,410.00 | T |
| # 21600006 GEN-CBL-VGA-EXTENTION-6 | Generic VGA Extention Cable | 18 | $35.00 | | $630.00 | T |
| # 21600005 GEN-CBL-USB-6 | Extended SER/USB Touch Interface CBL | 18 | $15.00 | | $270.00 | T |
| # 20200006 MMF-HERITAGE-15-2SLOT-BLK-24V | Cash Drawer: HERITAGE 15" BLACK 2 SLOTS 12/24V RNDM KEY NO BELL MSRP:$336.00 | 24 | $185.00 | | $4,440.00 | T |
| # 20200507 GEN-17-LCD-BLK | NOTE: Requires PRT DRIVEN Cables<br>Customer Display Monitor: 17 LCD Generic DG (16 Main POS Lane Only) | 18 | $165.00 | | $2,970.00 | T |
| # 30900004 POS-MISC-POLE-DELUXE39 | Heavy duty deluxe mounting Bracket for LCD display, 4" dia, adjustable height, wire management capabilities | 18 | $125.00 | | $2,250.00 | T |
| # 20500003 PAR- | Pole display 2x20 VF Display, USB 2.0 5V Powered, | 6 | $185.00 | | $1,110.00 | T |

| | | | | | |
|---|---|---|---|---|---|
| POLE-CD-7220-BLK | Black, Adjustable Height, RoHS Compliant (No P/S Req.) | | | | |
| # 20300060 MET-MS2320-DL-LONG-DIAM | Metrologic MS2320 STRATOS,DUAL CBL, LONG MT SCALE,DIAMOMEX,PS,RS232,LBS MSRP: $2050.00 | 18 | $1,399.00 | $25,182.00 | T |
| # 20900027 HHP-IT1300G-USB | 3800G14, Scanner Only, USB, 1D Linear imager bar code scanner, Black, ROHS (No Stand) | 24 | $189.00 | $4,536.00 | T |
| # 20100067 EPS-TMT88IV-S-BLK | Receipt Printer: Epson TM-T88IV Thermal - 16 lps 3.125 paper, Serial Interface, Includes Power Supply - GREY MSRP: $ 457.00 NOTE: Reguires Serial Cables | 24 | $299.00 | $7,176.00 | T |
| # 21500012 CAS-LPII-WIRELESS | Scale: CAS LP-II Wireless Label Printing Scale 30lb/60lb Capacity | 24 | $1,690.00 | $40,560.00 | T |
| # 20600406 ZEB-ZM400 | 203DPI,16MB,8MB,SER,PAR,USB, FIXED TRANSMISSIVE,ADJ REFLECT, Optional Memory Socket Board, Korean Language | 2 | $1,950.00 | $3,900.00 | T |
| # 20900035 MOT-MK500-WIRELESS | Motorola MK500 Price checker with wireless kit including power supply | 2 | $890.00 | $1,780.00 | T |
| # 30900001 MISC-Item-Non-Inventory | HUB: Cisco Small Business SGE2000P 10/100/1000Mbps 24-Port Gigabit Switch with PoE | 3 | $925.00 | $2,775.00 | T |
| # 21600526 GEN-NET-CABLE-CAT5E-CUSTOM | RJ45 NETWORKING CABLE from Wall To System | 29 | $20.00 | $580.00 | T |
| # 30900001 MISC-Item-Non-Inventory | Access Point: D-Link DWL-3200AP Managed Access Point | 12 | $275.00 | $3,300.00 | T |
| # 30900001 MISC-Item-Non-Inventory | Security One Ground Guard UPS 420(ABCEG420-11) | 22 | $466.00 | $10,252.00 | T |
| # 30900001 MISC-Item-Non-Inventory | Security One Ground Guard UPS 240(ABCEG240-11) | 6 | $323.00 | $1,938.00 | T |
| # 30900001 MISC-Item-Non-Inventory | Ground Guard Power Conditioner(ABCG100-11) | 4 | $199.00 | $796.00 | T |
| | ---------------------------------------------------------------- -------- Service Items | | | | |
| # 70100053 SV-LABOR-LEVEL1-HOUR | Level 3 Discounted Technical Service per hour: SEE Appendix B: Installation Service Description | 187 | $75.00 | $14,025.00 | |
| # 70100024 SV-SMS-SUPPORT-MULTILANE | SMS software annual support for 12 month-multi lane. Tel/Email/Remote Support. On Site Support not included. | 1 | $3,840.00 | $3,840.00 | |

*Total Discount* $0.00
*Subtotal* $202,117.00
*Sales Tax* $11,055.12
*Total* $213,172.12

Thank you for your business!

---

**PAYMENT AND BALANCE:**

Invoice Amount: $213,172.12, Paid:$213,172.12, Balance: $0.00

Make all checks payable to **POS Unlimited**: 3230 Peachtree Corners Cir., Suite O, Norcross, GA 30092

---

**NOTE:**

---